IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | 8:09CV265 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PAUL SCHAUB, TOM SOONTAG, | ) | |
| and CHEYENNE COUNTY, | ) | |
| | ) | |
| Respondents. | ) | |

    This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 15.) In his Motion, Petitioner asks the court to reconsider its February 25, 2010, Memorandum and Order and Judgment. (Filing Nos. 12 and 13.) The court has carefully reviewed Petitioner's Motion and finds no good cause to reconsider its February 25, 2010, Memorandum and Order and Judgment.

    IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration (filing no. 15) is denied.

    DATED this 2nd day of August, 2010.

                         BY THE COURT:

                          s/ Joseph F. Bataillon
                          Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.